No. 74, Misc.   BANKS *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 75, Misc.   LUKIE *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 76, Misc.   JERONIS *v.* JACQUES, WARDEN.   Supreme Court of Michigan.   Certiorari denied

No. 80, Misc.   WOODSON *v.* RAGEN, WARDEN.   Circuit Court of Pike County, Illinois.   Certiorari denied.

No. 83, Misc.   BRUNO *v.* TENNESSEE.   Supreme Court of Tennessee.   Certiorari denied. *Grover N. McCormick* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton,* Assistant Attorney General, for respondent.

No. 84, Misc.   FRAZIER *v.* ELLIS, PRISON SYSTEM MANAGER.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 85, Misc.   GEHANT *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 86, Misc.   SEELY *v.* HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 89, Misc.   IN RE SPRAGUE.   Supreme Court of California.   Certiorari denied.

No. 90, Misc.   BOONE *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 91, Misc.   BINDRIN *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.